

April 5, 2021

VIA REGISTERED MAIL

URBX, Inc.
12 Channel St.
Boston, MA 02210

**Attention: Lincoln Cavalieri, CEO**

Dear Sir:

**Re:    Attabotics Inc. - Breach of Intellectual Property Rights by URBX, Inc.
          File No.   136789**

We are legal counsel for Attabotics Inc. ("**Attabotics**").  Any correspondence related to this matter may be sent to our offices.

Attabotics is a Calgary-based company involved in the business of developing and implementing new technologies for supply chain logistics and management.  More particularly, Attabotics has developed patented technology for its unique robotics storage, retrieval and delivery systems which are used and marketed worldwide, including various locations across the United States.

As part of its core business operations, Attabotics has developed dozens of patents for its proprietary technology in Canada, the United States and across the globe.  Attached as Schedule "A" to this letter is a list of Attabotics' patented technology.

It has come to the attention of our client that URBX is operating a business which is in clear violation of a number of our client's patents, including dozens of registrations with the USPTO.  Simply put, Attabotics cannot allow for <u>any</u> violation of its intellectual property rights, and we are instructed to take all legal steps available to prevent any such infringement without delay.

In a successful action to enforce our client's rights to prevent use of its intellectual property, Attabotics would be entitled to an immediate injunction, an award damages, delivery of any infringing materials, an award of legal costs, and various other relief.

In an effort to avoid litigation, Attabotics demands that you confirm, via email or otherwise in writing, on or before **4:00 pm on Friday, April 16, 2021**, that URBX will:

    (a)    Cease and desist from the reproduction, use, promotion, sales or distribution of any of Attabottics' intellectual property, including but not limited to the proprietary innovations listed in Schedule "A";

McLeod-Law.com
P 403.278.9411   F 403.271.1769
McLeod Law is a TAGLaw® member firm

Calgary Downtown
500, 707 – 5th Street SW
Calgary, AB T2P 0Y3 Canada

Calgary South
300, 14505 Bannister Road SE
Calgary, AB T2X 3J3 Canada

Please reply to
Calgary Downtown Office

(b) Remove and permanently delete any content associated with Attabotics' intellectual property which is currently in use by URBX, including any such content on URBX's website or other marketing materials; and

(c) Notify any third parties who have received or utilized our client's intellectual property through URBX of the above demands and provide our office with written confirmation of same.

We trust that these reasonable demands will be complied with and we look forward to your immediate response in that regard.  However, please note that Attabotics reserves its right to take any steps it deems appropriate to protect and enforce its intellectual property rights. Nothing is this letter waives any rights of Attabotics, all of which are expressly reserved.

This is a serious legal matter. Govern yourself accordingly.

Yours very truly,
McLeod Law LLP

Spencer Chimuk

Direct:  (403) 254-3690
schimuk@mcleod-law.com
Assistant:  Teri-lynn Sexsmith
Direct:  (403) 873-3726
tsexsmith@mcleod-law.com

STC

cc:     client

**Schedule "A" - Patent Information**

| No. | Patent Office | Application No. | Title of Invention |
|---|---|---|---|
| 1 | US Patent Office | 15/568,646 | Storage and retrieval system |
| 2 | US Patent Office | 16/354,104 | Storage and retrieval system |
| 3 | US Patent Office | 16/656,207 | Storage and retrieval system with shaft-traversing tracks |
| 4 | US Patent Office | 16/656,231 | Storage/retrieval vehicle with variable footprint size |
| 5 | US Patent Office | 16/374,123 | Storage and retrieval systems sharing a common robotic fleet between a storage grid and external |
| 6 | US Patent Office | 16/374,143 | Storage and retrieval systems performing internal sortation by orchestrated navigation or storage grid robots to workstations |
| 7 | US Patent Office | 16/973,260 | Improved storage and retrieval systems |
| 8 | US Patent Office | 16/354,539 | Storage units and robotic system/retrieval vehicles for a three-dimensional storage system |
| 9 | US Patent Office | 16/805,810 | Multi-nodal supply chain system and method for supply chain workflow execution using transportable and continuously trackable storage bins |