# Howard & Howard
## law for business

| Chicago | Detroit | Las Vegas | Los Angeles | Peoria |

direct dial: 312.456.3641　　　　　David C. Van Dyke　　　　　Email: dvd@h2law.com

May 27, 2021

***Via UPS Next Day Air & Electronic Mail***

**Christian P. Bodner**
**Bodner Law Group, PLLC**
450 Lexington Avenue
4th Floor
New York, New York 10017
cbodner@bodnerip.com

RE: BREACH OF INTELLECTUAL PROPERTY RIGHTS BY URBX, INC

Dear Mr. Bodner,

We have been retained by Attabotics, Inc. (Attabotics) to respond to your April 19, 2021 response. Firstly, as you are likely aware, Attabotics has numerous patents and the Patent Office is continuing to issue patents, so we are not attempting to detail each and every instance of infringement by URBX and Attabotics is not obligated to do so. Second, Attabotics continues to monitor the marketplace for potential violations of its intellectual property and any such continued infringement will be considered willful.

As we understand URBX's current product offering, URBX has a dual robot system, one referred to as a tower bot and another referred to as a grid bot, shown below with the tower bot conveying a storage unit onto the grid bot.



Mr. Christian Bodner
May 27, 2021
Page 2 of 5

The tower bot is deployed within a gridded storage structure that has at least one stack of storage cells. The storage cell has four storage locations situated on four different sides of an upright central shaft for storing storage units in a manner accessible from the upright central shaft by the tower bot. One example from URBX's website is shown below which shows the tower bots positioned atop the upright central shafts and being lowered down into the central shaft.



The tower bot has two extendable arms that are selectively extendable to a deployed position reaching outwardly beyond a perimeter of the tower bot. The extendable arms are positioned on an underside of the tower bot and, are shown below engaging a storage unit.



The extendable arms deploy beyond the perimter and into the storage locations to retrieve and deposit the storage unit, as shown below in the deployed state. In the deployed state, the vehicle remains in the upright central shaft.



The extendable arms are mounted to the tower bot by a rotateable turret such that the extendable arms extend in four different working positions to access the four different sides of the upright central shaft. In the first image below, the rotatable turret is shown facing to the right. In the below middle image, the rotatable turret is rotating counter-clockwise, and the rotatable turret stops after completing the rotation, shown below at the right.



The above is one illustrative example of URBX's tower bot that would infringe at least claim 12 of United States Patent No. 10,604,343.

Additionally, Attabotics' United States Patent No. 11,008,166 just issed on May 18, 2021. From a review URBX's publically available informaiton, it appears that the claims of the '166 Patent may be be infringed. As already discussed above, URBX has a gridded three-dimensional strucutre that includes a two-dimensional track layout that the grid bots convey storage units to working stations that are alongside the gridded three-dimensional strucutre and outisde the dimensional area, as shown below.

Mr. Christian Bodner
May 27, 2021
Page 4 of 5



As can be seen above, the grid bots travel along an extension between the working station and the lower track layout, thus infringing claim 1. Claims 8 and 9 may also be infringed based upon the public infomration reviewed to date, since it appears that URBX is offering a sequenced delivery which would infringe these claims. Specifically, the URBX simulation https://youtu.be/H5gB6eFHqbo shows ordering of packages in sequences that are believed to be covered by these claims.

The above examples constitute infringement by URBX. Please be advised that Attabotics considers the infringing acts of others to be a very serious matter and Attabotics is committed to protecting its intellectual property rights. Since limited information is publicly available about URBX's products and technology, Attabotics reserves its right to identify additional patents that might overlap if, and when, information about URBX products and technology becomes available. URBX is not authorized to utilize any of Attabotics's extensive intellectual property portfolio including any issued patents and pending patent applications in prosecution in the United States and internationally.

If you wish to resolve this matter without lengthy and costly court proceedings, URBX must immediately:

(A) Cease and desist all infringing activities, including the manufacture, import, export, use, sale, and/or offer for sale of the products identified above, and any other products covered by our clients' patents.

(B) Provide us with prompt written assurance within ten (10) days that URBX will cease and desist from further infringement of our clients' intellectual property rights.

(C) Provide us with the identity of any and all individuals or organizations with whom URBX is working to manufacture, advertise, and sell the above referenced products.

(D) Preserve all evidence of infringement, including: documents, communications, product and design specifications, advertising materials, contracts, invoices, and/or prototypes.



Howard & Howard
law for business

(E) Provide us with an accounting of all infringing products sold or offered for sale, along with price and date for at least the products identified above and further including any other products reading on the claims of the provided patent.

Please be advised that Attabotics is determined to pursue this action and all available legal remedies, including monetary damages, injunctive relief, court costs and attorney fees. We look forward to hearing from you to reach a prompt resolution of this matter.

If you or URBX have any questions, please contact us directly.

Very truly yours,

HOWARD & HOWARD ATTORNEYS PLLC

David C. Van Dyke

Encl.
- U.S. Patent No. 10,604,343
- U.S. Patent No. 11,008,166