IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATTABOTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> URBX, INC., <br><br> Defendant. | Civil Action No. |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), plaintiff Attabotics, Inc. ("Attabotics") discloses that it has no parent corporation and that no publicly traded corporation owns 10% or more of Attabotics, Inc.

    Respectfully submitted,

    ATTABOTICS, INC.
    By its attorneys,

    */s/ Christopher A. Duggan*
    Christopher A. Duggan (BBO #544150)
    Dana A. Zakarian (BBO #641058)
    Smith Duggan Buell & Rufo LLP
    55 Old Bedford Road
    Lincoln, MA 01773
    (617) 228-4400
    Chris.Duggan@SmithDuggan.com
    Dana.Zakarian@SmithDuggan.com

**Howard & Howard Attorneys PLLC**
David Van Dyke
200 S. Michigan Avenue, Ste 1100
Chicago, IL 60604
(312) 456-3641– direct
(312) 939-5617 – fax
dvd@h2law.com

Kristopher K. Hulliberger
450 West Fourth Street
Royal Oak, Michigan  48067
(248) 723-0453– direct
(248) 645-1568 – fax
kkh@h2law.com
*Of counsel*

Date: June 25, 2021