AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-11051-ADB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* URBX, Inc.
was received by me on *(date)* 07/08/2021 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lincoln Cavalieri , who is
designated by law to accept service of process on behalf of *(name of organization)* URBX, Inc. at 12 Channel Street,
Boston, Ma. 02110 on *(date)* 07/12/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0.00 for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 07/12/2021

*Server's signature*

B. Keith Wheeler   Process Server
*Printed name and title*

25 Walnut Street, Suite 205
Wellesley Hills, Ma. 02481

*Server's address*

Additional information regarding attempted service, etc:
also served Complaint with exihibits, Corporate Disclosure Statement, Notice to complete Local Category Form, Notice of Case Assignment and Local Category Form.