UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATTABOTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> URBX, INC., <br><br> Defendant | Civ. A. No. 1:21-cv-11051-ADB |

**DEFENDANT'S ASSENTED-TO MOTION FOR AN
EXTENSION OF TIME TO ANSWER**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the defendant, Urbx, Inc., moves for a fourteen-day extension of time, to July 5, 2022, to answer the complaint. In support of this motion, Urbx states as follows:

1. The Court issued an order granting in part and denying in part Urbx's motion to dismiss for failure to state a claim on June 6, 2022. Thus the answer is currently due on June 20, 2022. *See* Fed. R. Civ. P. 12(a)(4)(A).

2. Lead counsel for Urbx has a June 21 deadline in an unrelated case that would make it difficult to answer the complaint by June 20.

3. Counsel for the plaintiff has assented to this motion.

For these reasons, Urbx respectfully requests that the Court grant this motion and extend the time to answer to July 5, 2022.

Respectfully submitted,

URBX, INC.,

By its attorneys:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
FOLKMAN LLC
53 State Street, Suite 500
Boston, MA 02109
(617) 219-7664
ted@folkman.law

Andrew D. Gish (*pro hac vice*)
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
(212) 518-7380
andrew@gishpllc.com

Marti A. Johnson (*pro hac vice*)
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
(646) 701-4458
marti@gishpllc.com

Raymond J. Bilderbeck (*pro hac vice*)
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
(646) 415-1092
ray@gishpllc.com

Dated: June 13, 2022

CERTIFICATE OF COMPLIANCE

I certify that on June 13, 2022, I spoke by telephone with David Van Dyke, Esq., counsel for the plaintiff, who assented to this motion.

*/s/ Theodore J. Folkman*