UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>IRACING.COM MOTORSPORT SIMULATIONS, LLC<br><br>       Defendant | Civ. A. No. 1:21-cv-11477-IT |

**ASSENTED-TO MOTION FOR PRO HAC VICE ADMISSION OF EDWARD TULIN**

Undersigned counsel of record for Urbx, Inc. moves, pursuant to L.R. 83.5.3, for the admission, pro hac vice, of:

Edward Tulin
GISH PLLC
41 Madison Ave., 31st Floor
New York, NY 10010
(212) 518-7380
edward@gishpllc.com

The certification required by L.R. 83.5.3 is attached as Exhibit 1. Counsel for the plaintiff has assented to this motion.

2

        Respectfully submitted,

        */s/ Theodore J. Folkman*

        Theodore J. Folkman (BBO No. 647642)
        FOLKMAN LLC
        53 State St., Suite 500
        Boston, MA 02109
        (617) 219-9664
        ted@folkman.law

Dated: July 5, 2022

## LOCAL RULE 7.1 CERTIFICATE

I certify that on July 5, 2022, I conferred by email with counsel for the plaintiff, who assented to this motion.

*/s/ Theodore J. Folkman*