IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATTABOTICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>URBX, INC.,<br><br>    Defendant. | Civil Action No. 1:21-cv-11051-ADB |

## RULE 26(f) CERTIFICATION AND PROPOSED SCHEDULE

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, Rules 16.1(d) and 16.6 of the Local Civil Rules for the District of Massachusetts, and the Court's July 19, 2022 Order (Dkt. No. 34), Plaintiff Attabotics, Inc. ("Attabotics") and Defendant Urbx, Inc. ("Urbx") (collectively, the "Parties") by and through their undersigned counsel, submit this Joint Statement outlining the Parties' proposed discovery plan and pretrial schedule.

### I. GENERAL PROVISIONS

    **A.**    **Scheduling Conference**

Pursuant to the Court's July 19, 2022 Order (Dkt. No. 34), the parties do not object to the Court setting a schedule based on this written submission, and therefore do not believe a Scheduling Conference is necessary. However, the parties are available to attend a Scheduling Conference at the Court's convenience if the Court so desires.

    **B.**    **Obligation Of Counsel to Confer**

Counsel for the Parties conferred by phone on July 15, 2022, pursuant to Rule 26(f) and Local Rule 16.1(b). This Joint Statement reports the results of that conference and jointly proposes a discovery plan and pretrial schedule, as set forth below.

    **C.**    **Trial By Magistrate Judge**

The Parties do not consent to trial by magistrate judge.

    **D.**    **Alternative Dispute Resolution**

The Parties are open to considering alternative dispute resolution after the entry of a claim construction order.

    **E.**    **Settlement Proposal**

Pursuant to Local Rule 16.1(c), Attabotics has presented a written settlement proposal to Urbx. Urbx has provided Attabotics with a written response.

    **F.**    **Certifications Pursuant to Local Rule 16.1(d)(3)**

The Parties will file their respective Local Rule 16.1(d)(3) certifications under separate cover.

**II.**    **DISCOVERY PLAN**

    **A.**    **Initial Disclosures**

The Parties will exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) on October 6, 2022.

    **B.**    **Phased Discovery**

The parties do not intend to conduct phased discovery.

    **C.**    **Discovery Of Electronically Stored Information ("ESI")**

The Parties agree that discovery of ESI will be necessary in this case, and will cooperate to exchange a protocol governing disclosure and discovery of ESI, which they will submit to the Court for approval on September 15, 2022.

### D. Protective Order

The Parties agree that a Protective Order is warranted in this case, since they expect that discovery will entail production of documents and/or testimony containing confidential, proprietary, personal, and/or commercially sensitive information. Moreover, the Parties believe that a Protective Order is necessary to balance the Parties' need for information to conduct the litigation against their need to maintain the confidentiality of certain information. The Parties will cooperate to draft such an Order, which they will submit to the Court for approval on September 15, 2022.

### E. Discovery Limitations

The Parties agree to the discovery limitations for each side set forth in Local Rule 26.1(c):

1. Requests for Admissions[1] – 25

2. Requests for Production – up to 2 separate sets

3. Interrogatories – 25

4. Depositions – 10 per side

### F. Other Orders

The Parties agree that the Court need not enter other orders under Federal Rules of Civil Procedure 26(c), 16(b), or 16(c) at this time.

## III. PROPOSED SCHEDULE

The Parties have agreed to and jointly propose the following case schedule:

| Event | Proposed Date |
| --- | --- |
| Parties Submit Proposed ESI Discovery Protocol | Thursday, September 15, 2022 |
| Parties Submit Proposed Protective Order | Thursday, September 15, 2022 |

---

[1] This limit does not apply to requests for admission for authentication of documents and things and/or whether a document qualifies as a printed publication under 35 U.S.C. § 102.

| Event | Proposed Date |
|---|---|
| Exchange of Rule 26(a)(1) Initial Disclosures | Thursday, October 6, 2022 |
| Attabotics's Preliminary Patent Disclosures | Thursday, October 13, 2022 |
| Parties Confer re: Attabotics's Preliminary Patent Disclosures | Thursday, November 3, 2022 |
| Urbx's Preliminary Patent Disclosures | Thursday, November 24, 2022 |
| Parties Exchange Proposed Claim Terms for Construction and Proposed Constructions | Thursday, January 26, 2023 |
| Parties Meet and Confer re: Claim Terms for Construction | Thursday, February 2, 2023 |
| Parties File Joint Statement re: Claim Terms for Construction | Thursday, February 16, 2023 |
| Parties File Opening Claim Construction Briefs | Thursday, March 9, 2023 |
| Deadline for Expert Claim Construction Depositions | Thursday, March 30, 2023 |
| Parties File Responsive Claim Construction Briefs | Thursday, April 20, 2023 |
| Claim Construction Tutorial | Thursday, July 6, 2023 |
| Claim Construction Hearing | Thursday, July 20, 2023 |
| Deadline for Amendment of Pleadings and Joinder of Additional Parties | Thursday, September 21, 2023 |
| Substantial Completion of Document Production | Thursday, November 16, 2023 |
| Fact Discovery Closes | Thursday, February 15, 2024 |
| Parties' Opening Expert Reports Due (on Issues Where the Party Bears the Burden of Proof) | Thursday, March 14, 2024 |
| Parties' Rebuttal Expert Reports Due | Thursday, April 11, 2024 |
| Parties' Reply Expert Reports Due | Thursday, May 9, 2024 |
| Expert Discovery Closes | Thursday, June 20, 2024 |
| Parties File Dispositive Motions (Including Daubert) | Thursday, July 25, 2024 |
| Parties File Oppositions to Dispositive Motions | Thursday, August 15, 2024 |
| Parties File Replies to Dispositive Motions | Thursday, August 29, 2024 |
| Pretrial Conference | Thursday, October 10, 2024 |
| Trial | To be scheduled by the Court. |

| | |
|---|---|
| Respectfully submitted,<br><br>ATTABOTICS, INC.<br>By its attorneys:<br><br> /s/ *Dana A. Zakarian*<br>Christopher A. Duggan (BBO #544150)<br>Dana A. Zakarian (BBO #641058)<br>Smith Duggan Buell & Rufo LLP<br>55 Old Bedford Road<br>Lincoln, MA 01773<br>(617) 228-4400<br>Chris.Duggan@SmithDuggan.com<br>Dana.Zakarian@SmithDuggan.com<br><br>and<br><br>Howard & Howard Attorneys PLLC<br>David VanDyke<br>200 S. Michigan Avenue, Ste1100<br>Chicago, IL60604<br>(312) 456-3641–direct<br>(312) 939-5617 – fax<br>dvd@h2law.com<br><br>Kristopher K. Hulliberger<br>450 West Fourth Street Royal Oak, Michigan48067<br>(248) 723-0453–direct<br>(248) 645-1568 – fax<br>kkh@h2law.com<br>*Of counsel*<br><br>Date: August 1, 2022 | Respectfully submitted,<br><br>URBX, INC.,<br>By its attorneys:<br><br> /s/ *Theodore J. Folkman*<br>Theodore J. Folkman (BBO No. 647642)<br>FOLKMAN LLC<br>53 State Street, Suite 500<br>Boston, MA 02109<br>(617) 219-7664<br>ted@folkman.law<br><br>Andrew D. Gish (*pro hac vice*)<br> andrew@gishpllc.com<br>Marti A. Johnson (*pro hac vice*)<br> marti@gishpllc.com<br>Raymond J. Bilderbeck (*pro hac vice*)<br> ray@gishpllc.com<br>Edward L. Tulin (*pro hac vice*)<br> edward@gishpllc.com<br>GISH PLLC<br>41 Madison Avenue, Floor 31<br>New York, NY 10010<br>(212) 518-2000<br><br><br><br><br><br><br><br>Date: August 1, 2022 |

**CERTIFICATE OF SERVICE**

      I, Dana A. Zakarian, hereby certify that on August 1, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                    */s/ Dana A. Zakarian*
                                                    Dana A. Zakarian