UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATTABOTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> URBX, INC., <br><br> Defendant | Civ. A. No. 1:21-cv-11051-ADB |

**DEFENDANT URBX'S LOCAL RULE 16.1(d)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(d)(3), Defendant Urbx, Inc. ("Urbx") certifies that the undersigned representative of Urbx and the undersigned counsel for Urbx have conferred regarding litigation costs and available alternative dispute resolution programs.

*/s/ Lincoln Cavalieri*
Lincoln Cavalieri
CEO
Urbx, Inc.

*/s/ Andrew D. Gish*
Andrew D. Gish
Gish PLLC

1

Respectfully submitted,

Urbx, Inc.,

By its attorneys:

*/s/ Theodore J. Folkman*
Theodore J. Folkman (BBO No. 647642)
FOLKMAN LLC
53 State Street, Suite 500
Boston, MA 02109
(617) 219-7664
ted@folkman.law

Andrew D. Gish (*pro hac vice*)
  andrew@gishpllc.com
Marti A. Johnson (*pro hac vice*)
  marti@gishpllc.com
Raymond J. Bilderbeck (*pro hac vice*)
  ray@gishpllc.com
Edward L. Tulin (*pro hac vice*)
  edward@gishpllc.com
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
(212) 518-2000

Date: August 1, 2022

Dated: August 1, 2022