IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATTABOTICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>URBX, INC.,<br><br>    Defendant. | Civil Action No.  1:21-cv-11051-ADB |

### **PLAINTIFF ATTABOTICS, INC.'S LOCAL RULE 16.1(d)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(d)(3), Plaintiff Attabotics, Inc. ("Attabotics") certifies that the undersigned representative of Attabotics conferred with undersigned counsel for Attabotics regarding litigation costs and available alternative dispute resolution programs.

 /s/ Amy Walsh
Director of Legal, Attabotics, Inc.

 /s/ David Van Dyke
Howard & Howard Attorneys PLLC

Respectfully submitted,

ATTABOTICS, INC.
By its attorneys:

 /s/ Dana A. Zakarian
Christopher A. Duggan (BBO #544150)
Dana A. Zakarian (BBO #641058)
Smith Duggan Buell & Rufo LLP
55 Old Bedford Road
Lincoln, MA 01773
(617) 228-4400
Chris.Duggan@SmithDuggan.com
Dana.Zakarian@SmithDuggan.com

and

Howard & Howard Attorneys PLLC
David VanDyke
200 S. Michigan Avenue, Ste1100
Chicago, IL60604
(312) 456-3641–direct
(312) 939-5617 – fax
dvd@h2law.com

Kristopher K. Hulliberger
450 West Fourth Street Royal Oak,
Michigan48067
(248) 723-0453–direct
(248) 645-1568 – fax
kkh@h2law.com
*Of counsel*

Date:  August 2, 2022

## CERTIFICATE OF SERVICE

    I, Dana A. Zakarian, hereby certify that on August 2, 2022, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

 /s/ Dana A. Zakarian
